IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00646-AP

RONALD P. ATKINSON,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel, Esq.<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449-6503<br>Fax: (720) 214-1836<br>E mail: chrisnoel@noelaw.com | Troy Eid<br>United States Attorney<br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>Fax: (303) 844-0770<br>debra.meachum@ssa.gov<br>Attorneys for Defendant |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 3/31/08.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 4/2/08
    C.    Date Answer and Administrative Record Were Filed: 6/2/08.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states**: This case involves no unusual claims. Plaintiff's counsel's scheduling conflicts in September 2008 necessitate the parties' proposed briefing dates at paragraph 8, below.

**Defendant states**: This case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**: To the best of his knowledge, there are no other matters.

**8. BRIEFING SCHEDULE**

The parties agree to the following briefing schedule, adjusted for workload, to allow additional time for the response brief and the reply brief.

- A. **Plaintiff's Opening Brief Due: 8/15/08**
- B. **Defendant's Response Brief Due: 9/17/08**
- C. **Plaintiff's Reply Brief Due: 10/14/08**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

- A. **Plaintiff's Statement:** Oral Argument is requested if necessary to clarify any outstanding issues, and at the Court's behest.

- B. **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

- A. **( X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
- B. **(  ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 24th day of June , 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel 6/13/08<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff | TROY EID<br>UNITED STATES ATTORNEY<br><br>KEVIN THOMAS TRASKOS<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>By: s/ Debra J. Meachum 6/20/08<br>DEBRA J. MEACHUM<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |