IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  08-cv-00646-LTB

RONALD ATKINSON,

             Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

             Defendant.

_____

ORDER APPROVING STIPULATED MOTION FOR
AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE
ACT, 28 U.S.C. § 2412

_____

        The Court has reviewed the parties' stipulated motion, dated February 12, 2009, for an

award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

Based upon these documents, the Court hereby orders that:

        the stipulation for attorney fees under the EAJA is approved, and Defendant is
        ordered to pay the amount of $2,493.75 to Plaintiff for attorney fees under the
        EAJA;

        payment of $2,493.75 shall constitute a complete release from and bar to any
        claims Plaintiff may have relating to EAJA costs and fees in connection with this
        action;

        this award is without prejudice to the right of Plaintiff's counsel to seek attorney
        fees under section 206(b) of the Social Security Act, 42. U.S.C. § 406(b), subject
        to the offset provisions of the EAJA.

        The EAJA attorney fee award may be made payable to Plaintiff and mailed to
        Plaintiff's counsel.

Dated this ___13th___ day of February, 2009.

                                        BY THE COURT:


                                        ___s/Lewis T. Babcock_____
                                        LEWIS T. BABCOCK
                                        U.S. District Court, District of Colorado